**Bernard G. SWEARINGEN, Appellant, v. ÆTNA LIFE INSURANCE COMPANY.**

No. 9884.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1933.

George B. Strother and Martin J. O'Donnell, both of Kansas City, Mo., for appellant.

Madden, Freeman & Madden, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee under rule 16.

**In the Matter of TENNESSEE CEREAL COMPANY, Alleged Bankrupt.**

No. 6699.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

John H. Lechleiter, of Nashville, Tenn., for appellant.

A. V. McLane, Walter Stokes, and W. P. Cooper, all of Nashville, Tenn., for appellees.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.

**Hubert C. THOMPSON, Trustee, v. Cornelius J. CORCORAN, Bankrupt.**

No. 2872.

Circuit Court of Appeals, First Circuit.

Jan. 16, 1934.

PER CURIAM.

Upon stipulation of counsel, it was ordered that the appeal herein be, and the same was, dismissed without costs.

**Earl J. TRANIN, Intervener, Appellant, v. Lucian LANE, Intervener.**

No. 9707.

Circuit Court of Appeals, Eighth Circuit.

Nov. 14, 1933.

Phineas Rosenberg and Leon Greenebaum, both of Kansas City, Mo., for appellant.

Roy K. Dietrich, A. N. Gossett, and Frank E. Tyler, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, pursuant to stipulation of parties.

**Earl J. TRANIN, Intervener, Appellant, v. Lucian LANE, Intervener.**

No. 9844.

Circuit Court of Appeals, Eighth Circuit.

Nov. 14, 1933.

Phineas Rosenberg and Leon Greenebaum, both of Kansas City, Mo., for appellant.

A. N. Gossett, Roy K. Dietrich, and Frank E. Tyler, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, pursuant to stipulation of parties.